**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EARL GREATHOUSE,**<br>**Plaintiff**<br><br>**v.**<br><br>**FRANK BISIGNANO,**<br>**Commissioner of**<br>**Social Security,**<br>**Defendant** | : | **No. 3:25-CV-1370**<br><br>**(Caraballo, M.J.)** |

# ORDER

For the reasons set forth in the accompanying Memorandum, it is

**ORDERED** that:

1. The Commissioner's decision denying the claims for social security disability benefits filed by Plaintiff Earl Greathouse is **AFFIRMED**;
2. Greathouse's appeal (Doc. 1) is **DENIED**; and
3. The Clerk's Office is **DIRECTED** to **ENTER** judgment in favor of the Commissioner and against Greathouse, and **CLOSE** this case.

Date: November 18, 2026

***/s/ Phillip J. Caraballo***
Phillip J. Caraballo
United States Magistrate Judge